UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OSCAR PEREZ RAMALES,

                Plaintiff,

-against-

FU TAI INC. (D/B/A MERRYLAND BUFFET), CUN YU LIN, QING LIN, and SHI DONG,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/12/2023
```

22 Civ. 9177 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On September 26, 2023, the Court directed Defendants to provide a status update by October 3, 2023, on efforts to finalize the settlement. ECF No. 33. That submission is now overdue.

    Accordingly, Defendants shall provide a status update to the Court by **October 16, 2023**.

    SO ORDERED.

Dated: October 12, 2023
       New York, New York

ANALISA TORRES
United States District Judge