```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/18/2023_
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

OSCAR PEREZ RAMALES, *individually and on behalf of others similarly situated,*

                *Plaintiffs,*

-against-

FU TAI INC. (D/B/A MERRYLAND BUFFET), CUN YU LIN, QING LIN, and SHI DONG,

                *Defendants.*

-------------------------------------------------------------X

Docket No. **1:22-cv-09177-AT**

**JUDGMENT**

## **JUDGMENT**

On October 17, 2023 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, OSCAR PEREZ RAMALES, has judgment against FU TAI INC. (D/B/A MERRYLAND BUFFET), CUN YU LIN, QING LIN, and SHI DONG, jointly and severally, in the amount of Sixty Thousand Dollars and Zero Cents ($60,000.00), which is inclusive of attorneys' fees and costs.

The Clerk of Court is directed to close the case.

Dated: October 18, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge